# SPECIAL ORDERS

In this section are orders of the Court (other than grants and denials of leave to appeal from the Court of Appeals) of general interest to the bench and bar of the state.

*Rehearing Denied August 2, 1994:*

MICHIGAN BELL TELEPHONE COMPANY v DEPARTMENT OF TREASURY, Nos. 95347-95349. Reported at 445 Mich 470.

*Order Entered August 25, 1994:*

*In re* EXECUTIVE MESSAGE OF THE GOVERNOR (FUN 'N SUN RV, INC v STATE OF MICHIGAN), No. 99562. The request to answer the question certified by the Governor is granted. Leave to file a brief amicus curiae is also granted.

*Leave to Appeal From Attorney Discipline Board Denied August 29, 1994:*

GRIEVANCE ADMINISTRATOR v BAUMGARTNER, No. 99056.

GRIEVANCE ADMINISTRATOR v SCHOLTEN, No. 99058.